IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE KELLY | : | CIVIL ACTION |
| ALFRED JOHNSON | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 02-3846 |

### O R D E R

**AND NOW**, this 13th day of August, 2002, after holding a Rule 16 initial pretrial conference in the above-captioned matter, it is hereby **ORDERED** that:

(1) The parties are to proceed with fact-based discovery.

(2) On October 4, 2002 at 3:30 p.m., the parties are to place a telephone conference call to chambers. The purpose of this conference call will be to discuss the status of this action, the need for further fact-based discovery, and the scheduling of a settlement conference and/or expert discovery. Plaintiff's counsel is to initiate the October 4, 2002 conference call.

(3) Prior to October 4, 2002, Plaintiffs may not notice and/or schedule the depositions of Defendant Police Officers Marcellus Robinson and John Thompson.

(4) During the course of discovery, the parties are expected to work together to move this case forward. In the event that counsel cannot, in good faith, resolve a discovery dispute without court intervention, they are directed to contact chambers through a telephone call or informal letter to request the scheduling of a conference. A telephone or in-person conference to discuss and resolve the dispute will be scheduled in a prompt fashion. The filing of formal discovery motions is discouraged.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

**ORDER FAX FORM**

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-3846**
**TODAY'S DATE**: August 13, 2002           **LAW CLERK'S INITIALS**: LFS

**NAME**                                              **FAX NUMBER** (Area Code & Number)

1. L. Felipe Restrepo, Esq./Lawrence S. Krasner, Esq.    215-731-9907
2. Jonathan S. Ziss, Esq.                                215-636-3999
3. James Duckworth, Esq.                                 215-683-5397