IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE KELLY | : | CIVIL ACTION |
| ALFRED JOHNSON | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 02-3846 |

**O R D E R**

**AND NOW**, this 4th day of October, 2002, after holding a telephone status conference in the above-captioned matter, it is hereby **ORDERED** that:

(1) The parties are to continue with fact-based discovery.

(2) On November 5, 2002 at 10:00 a.m., the parties are to place a telephone conference call to chambers. The purpose of this conference call will be to discuss the status of this action, the need for further fact-based discovery, and the scheduling of a settlement conference and/or expert discovery. Plaintiff's counsel is to initiate this conference call to (215) 597-6079.

(3) Prior to November 5, 2002, Plaintiffs may not notice and/or schedule the depositions of Defendant Police Officers Marcellus Robinson and John Thompson.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE