IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE KELLY | : | CIVIL ACTION |
| ALFRED JOHNSON | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al . | : | NO. 02-3846 |

### ORDER

AND NOW, this 5th day of November, 2002, as all matters pursuant to 28 U.S.C. § 636(b)(1)(A) have been completed, the Clerk is directed to remove this case from my docket.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE